DENNIS PALKOSKI, PLAINTIFF-PETITIONER, CROSS-RE-
SPONDENT, v. JOSE M. GARCIA, *ET AL.*, DEFENDANTS-
RESPONDENTS, CROSS-PETITIONERS.

See same case below: 32 *N. J. Super.* 343.

*Mr. John B. Christie* and *Mr. James A. Major* for the plaintiff-petitioner.

*Messrs. Huckin & Huckin* for the defendant-petitioner.

February 21, 1955.   Granted.

HUDSON AND MANHATTAN RAILROAD COMPANY, PETI-
TIONER, v. DEPARTMENT OF PUBLIC UTILITIES, *ET
AL.*, RESPONDENTS.

See same case below: 16 *N. J. Super.* 396, 84 *A. 2d* 736.

*Messrs. Emory, Langan & Lamb* for the petitioner.

*Mr. J. Harry Mulhern* and *Mr. Henry J. Sorenson* for the respondents.

February 21, 1955.   Denied.